1

2

3                                                          **E-filed 6/27/2011**

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   VIRGINIA C. RUPISAN,                    Case Number 5:10-cv-5755-JF/HRL

13                      Plaintiff,           ORDER[1] GRANTING MOTION TO
                                             DISMISS
14              v.
                                             [Re: Docket Nos. 36, 39]
15   DOWNEY SAVINGS AND LOAN
     ASSOCIATION, F.A.; DSL SERVICE
16   COMPANY; OCWEN LOAN SERVICING, LLC;
     WESTERN PROGRESSIVE, LLC; and DOES 1
17   through 50, inclusive

18                      Defendants.

19

20

21          Plaintiff Virginia Rupisan commenced the instant action in the Santa Clara Superior

22   Court, seeking to enjoin non-judicial foreclosure proceedings on her home.  Defendants removed

23   the case to this Court and then moved to dismiss all of the claims in Plaintiff's original

24   complaint.  That motion was granted, with leave to amend.  The Court stated in its order granting

25   the motion that "[a]ny amended pleading must address the deficiencies noted in Defendants'

26   [motions to dismiss]."  Order of March 17, 2011 at 2.  With the exception of adding two claims

27

28   _____
          [1]      This disposition is not designated for publication in the official reports.

     Case No. 5:10-cv-04917 JF
     ORDER GRANTING MOTION TO DISMISS
     (JFLC3)

1  that suffer from the same fundamental deficiencies as her previously asserted claims, Plaintiff's

2  amended complaint is virtually the same as her initial complaint.  Defendants now move to

3  dismiss the amended complaint.

4       Plaintiff's amended complaint does not attempt to cure any of the deficiencies identified

5  in Defendants' motion to dismiss the initial complaint.  In particular, it does not allege any facts

6  that would support tolling the applicable statutes of limitations for claims arising from the

7  origination of Plaintiff's loan on May 30, 2006.[2]  In addition, Plaintiff's opposition to the instant

8  motions was untimely, exceeded the page limit, and did not address any of the legal arguments

9  raised by Defendants.  Accordingly, the amended complaint will be dismissed, without leave to

10  amend.  The Clerk shall enter judgment and close the file.

11

12  IT IS SO ORDERED.

13

14  DATED: June 27, 2011

15                                         JEREMY FOGEL
                                       United States District Judge

16

17

18

19

20

21

22

23

24

25

---

26     [2]  As was the case with Plaintiff's initial complaint, it appears that the amended complaint

27  was prepared by someone other than Plaintiff, as Plaintiff herself states that she does not speak
English.  The Court is concerned that the individual who actually prepared Plaintiff's pleadings

28  may be engaged in the unauthorized practice of law.

2

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4

5             FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7                          SAN JOSE DIVISION

8

9

10   VIRGINIA C. RUPISAN,                    Case Number 5:10-cv-05755-JF (HRL)

11                       Plaintiff,

                                             CERTIFICATE OF SERVICE
12          v.

13   DOWNEY SAVINGS AND LOAN
     ASSOCIATION, F.A.; DSL SERVICE
14   COMPANY; OCWEN LOAN SERVICING, LLC;
     WESTERN PROGRESSIVE, LLC; and DOES 1
15   through 50, inclusive

16                       Defendants.

17

18          I, the undersigned, hereby certify that I am an employee of the Office of the Clerk,
     United States District Court, Northern District of California.
19

20          On Tuesday, June 28, 2011, I served a true and correct copy of the attached document on
     each of the persons hereinafter listed by placing said copy in a postage paid envelope and
21   depositing said envelope in the United States mail, or by placing said envelope in the outgoing
     mail delivery receptacle located in the Clerk's Office:

22
     Virginia C. Rupisan
23   2461 Sherlock Drive
     San Jose, CA 95121
24

     DATED:  6/27/2011                       For the Court
25                                           Richard W.  Weiking, Clerk

26                                           By: _____/s/_____
                                             Diana Munz
27                                           Courtroom Deputy Clerk

28

                                       3
     Case No. 5:10-cv-04917 JF
     ORDER GRANTING MOTION TO DISMISS
     (JFLC3)